**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUBEN OROS FRANCO, | ) | NO. EDCV 11-1473 SS |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|    v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
|         Defendant. | ) | |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED with instructions to REMAND to the Commissioner for an award of benefits consistent with the Memorandum and Order filed in connection with this Judgment.  Plaintiff should be awarded benefits beginning on Plaintiff's disability onset date of May 27, 2009.

DATED: August 23, 2012

                                                          /S/
                                        SUZANNE H. SEGAL
                                        UNITED STATES MAGISTRATE JUDGE